JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 519 -- **In re First State Securities Corp. Securities Litigation**

| Date | Ref. | Pleading Description |
|---|---|---|
| 82/08/12 | 1 | MOTION, MEMORANDUM, SCHEDULE OF CASES, EXHIBITS AND CERT. OF SVC. -- Deft. A. G. Becker, Inc. (emh) SUGGESTED TRANSFEREE DISTRICT: S.D. Florida SUGGESTED TRANSFEREE JUDGE: (emh) |
| 82/08/23 | | APPEARANCES: JOSEPH G. RIEMER, III, ESQ. for A. G. Becker, Inc.; JIM D. SYPRETT, ESQ. for Herbert F. Alward, et al.; ARTHUR J. LEIBELL, ESQ. for Jpseph A. Lugo, Jr.; JOEL S. FASS, ESQ. for Elliot I. Eiseman; WILLIAM NORTMAN, ESQ. for James Gillis, et al. |
| 82/08/23 | 2 | RESPONSE -- S.D. Florida Plaintiffs -- w/cert. of serv.(cs) (cds) |
| 82/08/25 | | HEARING ORDER -- Setting motion for transfer of A-1 thru A-4 for Panel hearing in Oklahoma City, Oklahoma on 9/23/82 (ds) |
| 82/08/27 | 3 | RESPONSE -- Pltfs. Herbert Alward, et al. -- w/cert. of svc. (emh) |
| 82/09/02 | 4 | REPLY -- deft. Elliot I. Eiseman w/cert. of svc. (ds) |
| 82/09/07 | 5 | Response ~~REPLY~~ -- defts. Edward Prescott, Jr. and James H. Ward w/cert. of svc. (ds) |
| 82/09/16 | | WAIVERS OF ORAL ARGUMENT for hearing on 9/23/82 in Okla. City, Ok. -- Defts. Prescott and Ward; Deft. Eiseman;and Joseph A. Lugo. Jr. (eaf) |
| 82/09/20 | | HEARING APPEARANCE: JOSEPH G. RIEMER, III, ESQ. for A. G. Becker, Inc. (cds) |
| 82/09/20 | | WAIVERS: Herbert Alward, et al.; Southern Florida Plaintiffs (cds) |
| 82/10/28 | | CONSENT OF TRANSFEREE COURT for assignment of litigation to the Honorable C. Clyde Atkins pursuant to 28 U.S.C. §1407. (emh) |
| 82/10/28 | | TRANSFER ORDER -- transferring litigation (A-4) to the S.D. Florida pursuant to 28 U.S.C. §1407. (emh) |

JPML FORM 1A

### DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _____

| Date | R/E | Pleading Description |
|---|---|---|
| 87/07/01 | 6 | SUGGESTION FOR REMAND -- A-4 Herbert F. Alward, et al. v. Joe Lugo, Jr., et al., S.D. Florida, C.A. No. 82-2482-CIV-ATKINS (M.D. Florida, C.A. No. 82-199) -- Signed by Judge C. Clyde Atkins, S.D. Florida (rh) |
| 87/07/01 | | CONDITIONAL REMAND ORDER FILED TODAY -- A-4 Herbert F. Alward, et al. v. Joe Lugo, Jr., et al., S.D. Florida, C.A. No. 82-2482-CIV-ATKINS (M.D. Florida, C.A. No. 82-199) -- Notified involved counsel and judges (rh) |
| 87/07/17 | | CONDITONAL REMAND ORDER FINAL TODAY -- A-4 Herbert F. Alward, et al. v. Joe Lugo, Jr., et al., S.D. Florida, #82-2482-Civ-Atkins (M.D. Fla., #82-199) -- Notified involved judge and clerks (cds) |

R.2

JPML Form 1

Revised: 8/78

DOCKET NO. 519 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE FIRST STATE SECURITIES CORP. SECURITIES LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 9/23/82 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 10/28/82 | TO | Unpublished | S.D. Florida /15C | C. Clyde Atkins | |

Special Transferee Information

DATE CLOSED: 7/17/87

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 519 -- In re First State Securities Corp. Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | James A. Gillis, et al. v. Joe Lugo, et al. | S.D.Fla. ~~Davis~~ | 81-2746 | | | | |
| A-2 | Akron Investments Pty. v. Joe Lugo, et al. | S.D.Fla. Atkins | 82-1489 | | | 8/24/87D | |
| A-3 | Nachwalter, Christie & Falk, P.A., et al. v. Joe Lugo, et al. | S.D.Fla. Atkins | 82-0126 | | | 8/24/87D | |
| A-4 | Herbert F. Alward, et al. v. Joe Lugo, Jr., et al. | M.D.Fla. Castagna | 82-199 | OCT 28 1982 | 82-2482 | 7/17/87R | |
| XYZ-5 | Randolph A. McKean v. Joe Lugo, et al. | S.D.Fla. ARONOVITZ | 82-2593 | | | remanded 6/30/87 | |

July 1988 - 2 Dis
2 Reassigned
1 Remanded

Docket Closed

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 519 -- IN RE FIRST STATE SECURITIES CORPORATION SECURITIES LITIGATION

---

JAMES A. GILLIS, ET AL. (A-1)
AKRON INVESTMENTS Pty. (A-2)
NACHWALTER, CHRISTIE & FALK, P.A., ET AL. (A-3)
William Nortman, Esq.
Leonard H. Bloom, Esq.
Meyer, Nortman & Pearlman
Landmark Bank Building
Suite 2002
One Financial Plaza
Ft. Lauderdale, Florida  33394

HERBERT F. ALWARD, ET AL. (A-4)
Jim D. Syprett, Esq.
Syprett, Meshad, Resnick & Lieb, P.A.
P. O. Box 1238
1900 Ringling Boulevard
Sarasota, Florida  33577

JOSEPH A. LUGO, JR.
Arthur J. Leibell, Esq.
Goldman & Leibell, P.A.
3800 South Ocean Drive
Suite 214
Hollywood, Florida  33019

ELLIOT I. EISEMAN
Joel S. Fass, Esq.
Colodny, Fass & Talenfeld, P.A.
626 N.E. 124th Street
North Miami, Florida

A.G. BECKER, INCORPORATED
Joseph G. Riemer, III, Esq.
Brown, Wood, Ivey, Mitchell & Petty
One World Trade Center
57th Floor
New York, New York  10048

ROGER GARRITY
William Zloch, Esq.
Patterson & Maloney
790 E. Broward Boulevard
Suite 200
Ft. Lauderdale, Florida  33301

EDWARD PRESCOTT, JR.
JAMES H. WARD
Harris & Lerner
2691 East Oakland Park Blvd.
Suite 200
Ft. Lauderdale, Florida  33306

INVESTORS FINANCIAL SERVICES, INC.
Unable to determine address or counsel

JPML FORM 3

p. _____

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 519 -- In re First State Securities Corp. Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Joe Lugo | A-1,2,3,4 |
| Elliott I. Eiseman | A-1,2,3,4 |
| A.G. Becker, Inc. | A-1,2,4 |
| Investors Financial Services, Inc. | A-1,2,3 |
| Roger W. Garrity | A-1,2,3 |
| Edward P. Prescott, Jr. | A-1,2,3 |
| James H. Ward | A-1,2,3 |
| | |
| | |
| | |
| | |