DOCKET NO. 519

OCT 28 1982

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE FIRST STATE SECURITIES CORP. SECURITIES LITIGATION

TRANSFER ORDER

    This litigation consists of four actions pending in two districts: three actions in the Southern District of Florida and one action in the Middle District of Florida. Presently before the Panel is a motion, pursuant to 28 U.S.C. §1407, to centralize all actions in the Southern District of Florida for coordinated or consolidated pretrial proceedings with the actions pending there. The motion is brought by A.G. Becker, Inc., a defendant in three of the four actions.

    On the basis of the papers filed,[1] the Panel finds that these actions involve common questions of fact and that centralization of these actions under Section 1407 in the Southern District of Florida will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. Common factual questions arise from the allegations in each action that defendants violated various securities laws by manipulating prices of and markets for the stock of certain corporations. Centralization under Section 1407 is therefore necessary in order to prevent duplication of discovery, avoid inconsistent pretrial rulings, and conserve the resources of the parties, their counsel, and the judiciary.

    The Southern District of Florida is the preferred transferee district. We note that (1) most of the parties either reside or maintain offices in the Southern District; (2) the records of First State Securities Corporation, a brokerage firm involved in the activities that resulted in this litigation, are located in the Southern District; and (3) the liquidation of First State is currently proceeding there.

    IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the action listed on the attached Schedule A and pending in the Middle District of Florida be, and the same hereby is, transferred to the Southern District of Florida, and with the consent of that court, assigned to the Honorable C. Clyde Atkins for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A.

FOR THE PANEL:

_____
Andrew A. Caffrey
Chairman

---

[1] The parties waived oral argument and accordingly the question of transfer of these actions under Section 1407 was submitted on the briefs. Rule 14, R.P.J.P.M.L., 89 F.R.D. 273, 283-84 (1981).

<u>Schedule A</u>

<u>MDL-519 -- In re First State Securities Corp. Securities Litigation</u>

    <u>Middle District of Florida</u>
<u>Herbert F. Alward, et al. v. Joe Lugo, Jr., et al.</u>,
  C.A. No. 82-199
    <u>Southern District of Florida</u>
<u>James A. Gillis, et al. v. Joe Lugo, et al.</u>,
  C.A. No. 81-2746
<u>Akron Investments Pty. v. Joe Lugo, et al.</u>,
  C.A. No. 82-1489
<u>Nachwalter, Christie & Falk, P.A., et al. v. Joe Lugo, et al.</u>,
  C.A. No. 82-0126